In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00256-CR
_____

IN RE WILLIAM DURHAM

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

William Durham petitioned for a writ of mandamus, in which he asks that the court compel the District Clerk of Liberty County, Texas to process his application for a post-conviction writ of habeas corpus. *See generally* Tex. Code Crim. Proc. Ann. art. 11.07 (West 2015). The petition does not invoke this Court's mandamus jurisdiction. *See* Tex. Gov't Code Ann. § 22.221 (West 2004) (A court of appeals may issue a writ of mandamus against a judge of a district or county court in the court's district, or issue a writ that is necessary to enforce the jurisdiction of the court.); *see also Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013) (instructing that the Texas Court of

Criminal Appeals possesses sole authority to grant relief in a post-conviction habeas corpus proceeding filed in state court). Accordingly, we dismiss the petition for writ of mandamus.

PETITION DISMISSED.

PER CURIAM

Submitted on July 14, 2015
Opinion Delivered July 15, 2015
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.